# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

Case No. 3:21-cv-00360-TJC-JBT

ELIZABETH SCOTT, individually and on behalf of all others similarly situated,

      Plaintiff,

vs.

SYNCHRONY FINANCIAL, a Delaware Corporation,

      Defendant.

_____/

## UNOPPOSED MOTION OF DEFENDANT FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Pursuant to Federal Rule of Civil Procedure 6(b), defendant Synchrony Bank ("Synchrony"), erroneously sued as Synchrony Financial, through undersigned counsel, moves for a fourteen (14) day extension of time to respond to the Complaint filed by plaintiff Elizabeth Scott ("Plaintiff") and states:

1. Plaintiff filed the Complaint in the Circuit Court of the Fourth Judicial Circuit in and for Duval County, Florida, on February 12, 2021 (See ECF No. 1, Exhibit A), and served Synchrony on March 3, 2021.

2. On April 2, 2021, Synchrony removed this action to this Court. (ECF No. 1.)

3. Pursuant to Federal Rule of Civil Procedure 81(c)(2), Synchrony's response to the Complaint is currently due on April 9, 2021.

4. Synchrony and its undersigned counsel request additional time in order to investigate the allegations of the Complaint and prepare its response.

5. This request is made in good faith and not for the purpose of delay. Plaintiff's counsel has confirmed that Plaintiff is agreeable to the extension requested herein and an order granting this motion will not prejudice Plaintiff.

**WHEREFORE,** Synchrony respectfully requests that this Court extend its deadline to respond to the Complaint by fourteen (14) days, up to and including April 23, 2021.

## LOCAL RULE 3.01(G) CERTIFICATION

In compliance with Local Rule 3.01(g), counsel for Synchrony certifies that they have conferred with Plaintiff's counsel, who does not oppose the relief requested in this Motion.

Dated:  April 7, 2021                   Respectfully submitted,

By:  /s/ Brian C. Frontino
Brian C. Frontino
Florida Bar No. 95200
STROOCK & STROOCK & LAVAN LLP
200 South Biscayne Boulevard, Suite 3100
Miami, Florida 33131
Telephone:  (305) 358-9900
Facsimile:  (305) 789-9302
bfrontino@stroock.com
lacalendar@stroock.com

Attorneys for Defendant
*Synchrony Bank*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed with the Clerk of the Court via CM/ECF on April 7, 2021, and served on the counsel and/or parties of record listed below:

Manuel Santiago Hiraldo, Esq.
Hiraldo, PA
401 E. Las Olas Blvd, Suite 1400
Fort Lauderdale, FL 33301
Telephone: 954-400-4713
Email: mhiraldo@hiraldolaw.com

*Counsel for
Plaintiff and the Class*

Ignacio Javier Hiraldo, Esq.
IJH Law
1200 Brickell Ave, Ste 1950
Miami, FL33131-3298
Telephone: 786-496-4469
Email: ijhiraldo@ijhlaw.com

*Counsel for
Plaintiff and the Class*

The Law Offices of Jibrael S. Hindi
Jibrael S. Hindi
110 SE 6th Street
Suite 1744
Ft. Lauderdale, FL 33301
Telephone:  954.628.5793
jibrael@jibraellaw.com

*Counsel for
Plaintiff and the Class*

　　　　　　　　　　　　　　　　　　　　*/s/*  Brian C. Frontino
　　　　　　　　　　　　　　　　　　　　Brian C. Frontino