UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO. 3:21-cv-00360-TJC-JBT

**ELIZABETH SCOTT**,
individually and on behalf of all
others similarly situated,

    Plaintiff,

v.

**SYNCHRONY FINANCIAL**,

    Defendant.
_____/

**CLASS ACTION**

**JURY TRIAL DEMANDED**

## NOTICE OF SETTLEMENT

Plaintiff Elizabeth Scott hereby notifies the Court that the parties have reached a settlement with respect to Plaintiff's individual claims. Plaintiff and Defendant are in the process of drafting a settlement agreement. Plaintiff anticipates filing a notice of dismissal within ten (10) days of this notice.

Dated: April 9, 2021

    Respectfully submitted,

    **HIRALDO P.A.**

By:    */s/ Manuel S. Hiraldo*
      Manuel S. Hiraldo, Esq.
      Florida Bar No. 30380
      401 E. Las Olas Boulevard
      Suite 1400
      Ft. Lauderdale, Florida 33301
      mhiraldo@hiraldolaw.com
      (t) 954.400.4713