# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

ELIZABETH SCOTT, individually
and on behalf of all others similarly
situated,

    Plaintiff,

v.                                                      Case No. 3:21-cv-360-TJC-JBT

SYNCHRONY FINANCIAL, a
Delaware Corporation,

    Defendant.

## O R D E R

The Court has been advised that this case has been settled (Doc. 7). Accordingly, it is now

**ORDERED:**

1. The parties shall have until **June 11, 2021** to file a joint motion for dismissal or other appropriate documents to close out this file.

2. If the parties have not filed settlement pleadings or a request for extension of time by the **June 11, 2021** deadline, this case will automatically be deemed to be dismissed without prejudice. **The parties are cautioned that in some cases, the Court may not have jurisdiction to enforce settlement agreements once the case has been dismissed without prejudice; thus, if the parties have not finalized their settlement by the**

**deadline, they are encouraged to move for an extension of that deadline.** The Clerk should close the file now, subject to reopening if the parties file papers by the deadline.

    3.    All pending motions and deadlines are terminated.

**DONE AND ORDERED** in Jacksonville, Florida the 15th day of April, 2021.



TIMOTHY J. CORRIGAN
United States District Judge

agb
Copies:

Counsel of record